# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES M. BOOTH, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00494 |
| ) | Judge Trauger |
| AMBER RUMSEY, ET AL. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 2, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 62), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of facts and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED pursuant to Rule 41 (b) of the civil rules of federal procedure.

This order constitutes the judgment in this case.

It is so ORDERED.

ENTER this 16th day of August 2016.

_____
ALETA A. TRAUGER
U.S. District Judge